```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

BLOOMFIELD INSTITUTIONAL
OPPORTUNITY FUND, LLC,

    Plaintiff,

v.                                    CASE NO.  8:10-CV-1475-T-17MAP

ALLEN INVESTMENT PROPERTIES,
LLC, et al.,

    Defendants.

_____/


                   PRELIMINARY INJUNCTION

    This cause is before the Court on:

    Dkt. 6    Temporary Restraining Order
    Dkt. 31   Report and Recommendation

    After notice and a hearing, the assigned Magistrate Judge entered a Report and Recommendation in which it is recommended that a preliminary injunction be granted.

    The Court has independently examined the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation.  Accordingly, it is

    **ORDERED** that the Report and Recommendation is **adopted** and **incorporated** herein by reference.  Plaintiff's request for a preliminary injunction is **granted**, as follows:

    Defendants are **enjoined** from directly or indirectly spending, transferring, secreting, assigning, conveying,

Case No. 8:10-CV-1475-T-17MAP

destroying, encumbering, liquidating, mortgaging, selling or in any other manner disposing of the money wired to Bank of America Account No. 229031860003, and/or money subsequently removed from such account, pending further order of the Court.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 26th day of August, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record